EASTERN DIST.
February, 1840.

IRWIN ET AL.
vs.
STEAMBOAT
KENTUCKIAN.

---

### IRWIN ET AL. vs. STEAM—BOAT KENTUCKIAN.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-ORLEANS.

Where the defendant offers no evidence in support of his pleas, and nothing to support his appeal, judgment will be affirmed, with the maximum of damages.

The plaintiffs allege, that the owners of the steam-boat Kentuckian, who are unknown to them, but are represented by an agent, Buckner, as captain, are indebted to them three hundred and thirty-one dollars ninety-two cents, for supplies furnished said boat, and for which they pray judgment, with privilege, &c.

The owners appeared by counsel ; admitted the plaintiffs demand, and set up a large claim in compensation and reconvention, but on the trial offered no proof. There was judgment against them, and they appealed.

*Benjamin,* for plaintiffs, prayed the affirmance of the judgment, with damages and costs.

*R. Hunt,* contra.

*Martin, J.,* delivered the opinion of the court.

The plaintiffs claim three hundred and thirty-one dollars ninety-two cents, for supplies furnished the steam-boat Kentuckian. The answer does not deny, but admits the claim. There is a plea of compensation and reconvention for a larger sum, and judgment is prayed against the plaintiffs for the balance.

No evidence whatever is offered in support of these two pleas. Judgment was given for the plaintiffs' claim alone, and the defendant appealed.

Nothing has been shown in this court in support of the appeal. The plaintiffs and appellees have prayed for the affirmance of the judgment, with damages as for a frivolous appeal.

It is, therefore, ordered, adjudged and decreed, that the judgment of the court below be affirmed, with costs and ten per cent. damages.